# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | |
|---|---|
| RAHEEM DUNBAR,<br><br>                Plaintiff,<br>v.<br><br>FAMILY DOLLAR STORES OF SOUTH CAROLINA, LLC, JOHN DOE, FAMILY DOLLAR STORE MANAGER/ EMPLOYEE,<br><br>                Defendants. | C.A. No.: 1:18-cv-971-JMC<br><br>**CONSENT ORDER TO REMAND** |

The parties to this matter, by and through undersigned counsel, jointly request this matter be remanded and restored to the active docket for the Court of Common Pleas for Allendale County, bearing its original case number of 2018-CP-03-00056, as a stipulation has been entered into amongst the parties confirming the amount in controversy does not exceed $74,999.99.

IT IS THERFORE ORDERED, ADJUDGED AND DECREED that this matter be remanded to the state court from which it was removed, the Court of Common Pleas for Allendale County, South Carolina, pursuant to 28 U.S.C. § 1447.

AND IT IS SO ORDERED THIS <u>13th</u> DAY OF <u>JUNE</u>, 2018.

                                                              s/J. Michelle Childs
                                                              The Honorable J. Michelle Childs
                                                              United States District Court Judge

WE SO CONSENT:

| | |
|---|---|
| */s/ Virginia W. Williams* | */s/ Robert D. Corney* |
| David R. Williams | Ronald K. Wray, II |
| Virginia W. Williams | Robert D. Corney |
| WILLIAMS & WILLIAMS | GALLIVAN, WHITE & BOYD, P.A. |
| 1281 Russell Street | P.O. Box 10589 |
| Orangeburg, SC 2911601984 | Greenville, SC  29603 |
| Telephone: (803) 534-5128 | Telephone: (864) 271-9580 |
| Facsimile: (803) 928-5190 | Facsimile: (864) 271-5436 |
| | |
| **Attorneys for Plaintiff** | **Attorneys for Defendant Family Dollar Stores of South Carolina, LLC and John Doe Family Dollar Store Manager/Employee** |